IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| STEPHANIE HESTER-ALLEN | : | CIVIL ACTION | FILED |
| | : | | |
| v. | : | | SEP 30 2015 |
| | : | | MICHAEL E. KUNZ, Clerk |
| JUAN L. POGGIO | : | NO. 15-5073 | By_____ Dep. Clerk |

## ORDER

AND NOW, this ___ day of September, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and her complaint, it is ORDERED that:

1. Plaintiff is GRANTED leave to proceed *in forma pauperis* in accordance with 28 U.S.C. § 1915.

2. The complaint is DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
C. DARNELL JONES, II, J.